UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

In re:

**John O'Brien**   Case No.  **8:19-bk-10698-RCT**

**Chapter 13**

Debtor.
_____/

## NOTICE OF CONVERSION

COMES NOW Debtor, in the above captioned Chapter 13 case, to convert to a Chapter 7 bankruptcy as allowed under 11 U.S.C. Section 1307(a) and Bankruptcy Rule 1017(d).

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission, to**:**
 **Kelly Remick,** Standing Chapter 13 Trustee, at ecf@ch13tampa.com*;
 **Office of the US Trustee,** at USTPRegion21.TP.ECF@USDOJ.GOV*;
This 19th day of March, 2021.

* Served via Electronic Delivery by Court upon the entry of the Order.

*Michael Barnett, P.A.*

by /s/ Michael Barnett
Michael Barnett, Esq.
Fla. Bar #500150
506 N. Armenia Ave.
Tampa, FL 33609-1703
tel.813 870-3100
fax 813 877-4039
ecf@tampabankruptcy.com
Attorney for Debtor